# United States Court of Appeals
## For the First Circuit

No. 24-1488

ARLETA MONGUE, individually and on
behalf of all other persons similarly situated,

Plaintiff, Appellee,

v.

THE WHEATLEIGH CORPORATION; L. LINFIELD SIMON;
SUSAN SIMON; MARC WILHELM,

Defendants, Appellants.

ERRATA SHEET

The opinion of this court issued on January 21, 2026, is amended as follows:

On page 5, line 20, "and" is inserted before "Mongue."

On page 9, line 2, "order" is replaced with "agreement."

On page 12, line 7, the "the" before "Mongue's" is deleted.